# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS WESTERN DIVISION

| | | |
|---|---|---|
| Stellar Solutions Inc. | ) | |
|     Plaintiff, | ) | Case No: 3:16 cv 50301 |
| | ) | |
| v. | ) | |
| | ) | Magistrate Judge: Iain D. Johnston |
| Met-Chem Consultants, Inc., et al. | ) | |
|     Defendants. | ) | |

## ORDER, REPORT AND RECOMMENDATION

Motion hearing held on 5/9/2017. Defendants' motion to approve stipulation [49] is granted. The status hearing set for 5/23/2017 is stricken. By agreement of the parties, it is this Court's Report and Recommendation that this case be dismissed without prejudice, to become with prejudice on and no sooner than 6/15/2017. Any objection must be filed with the district judge by 5/23/2017. Failure to object may constitute a waiver of objections on appeal. *See Provident Bank v. Manor Steel Corp.*, 882 F.2d 258, 260 (7th Cir. 1989).

(:20)
Date: May 9, 2017                          /s/ Iain D. Johnston
                                                               U.S. Magistrate Judge