IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Stellar Solutions Inc., | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | Case No: 16 C 50301 |
| | ) | |
| Met-Chem Consultants, Inc., et al., | ) | |
| | ) | |
| *Defendants*. | ) | Judge Frederick J. Kapala |

## **ORDER**

Before the court is a report and recommendation ("R&R") [51] from the magistrate judge that this court grant defendants' motion to approve stipulation. The parties mutually agree that this case be dismissed without prejudice, to become with prejudice on 6/15/2017. Any objection to the R&R was to be filed by May 23, 2017, and no objection has been received. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); Thomas v. Arn, 474 U.S. 140, 149-50 (1985). Having reviewed the R&R and finding no error, the court adopts the R&R in full and grants defendants' motion [49]. This case is closed.

Date: 5/25/2017                                         ENTER:

                                                        _____
                                                        FREDERICK J. KAPALA
                                                        District Judge